IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| IN THE MATTER OF THE SEARCH OF: | MJ 20- 31 -GF-JTJ |
|---|---|
| Information Associated with the Cellular Device Assigned with Call Number (406) 459-0261 and IMSI 310410084168193, that is in the Custody or Control of AT&T | ORDER |

Upon the motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application, Affidavit, and Search Warrant filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment or Information by any defendant related to this search warrant, and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this   21st   day of April, 2020.

John Johnston
United States Magistrate Judge